FILED
NOV 14 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:24 CR 00430 |
| v. ) | |
| ) | Title 18, United States Code, |
| DESTINEE HUGH-KEITH, ) | Section 922(a)(6) |
| ) | JUDGE BARKER |
| Defendant. ) | |

COUNT 1
(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1. On or about January 8, 2021, in the Northern District of Ohio, Eastern Division, Defendant DESTINEE HUGH-KEITH, in connection with the acquisition of two firearms, to wit: a Heckler and Koch, Model VP9 SK, 9mm pistol bearing the serial number 232-070976 and a FNH USA, Model 509, 9mm pistol bearing the serial number GKS0148307, from Stonewall LTD, located at 100 Ken Mar Industrial Parkway, Broadview Heights, Ohio 44147, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer, as to a fact material to the lawfulness of such acquisition of said firearms to the defendant under Chapter 44, Title 18 of the United States Code, in that HUGH-KEITH did knowingly state and represent on a Federal Firearms Transaction Record, that being ATF Form 4473, to be the intended recipient of said firearms

when, in fact, she was not the intended recipient of said firearms, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.